IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEAZENBY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3136 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CITY OF COUNCIL BLUFFS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the motions for orders allowing John Templer and T. Ryan Lamb to withdraw as counsel of record on behalf of Leazenby Construction, Inc., (filing nos. 15 and 16), are granted.

DATED this 6th day of September, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge