IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEAZENBY CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3136 |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF COUNCIL BLUFFS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court having ruled on Plaintiff's motion to compel (filing no.19) and having been informed by Plaintiff's counsel it will seek no further action from this court,

IT IS ORDERED that the clerk of the court is directed to close this case for statistical purposes.

DATED this 25th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge